UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Chanthala THAMMAVONGSA,
Petitioner,

v.

Markwayne MULLIN, et al.,

Respondents.

Case No.: 26-cv-5673-AGS-DEB

**ORDER GRANTING AMENDED HABEAS PETITION (ECF 5)**

For the reasons stated on the record at the November 9, 2026 hearing, petitioner's amended petition for a writ of habeas corpus is **GRANTED**. Respondents are ordered to immediately release Thammavongsa from custody subject to the conditions of the Order of Supervision that was in place before ICE re-detained him in August 2026.

Dated: November 9, 2026

Hon. Andrew G. Schopler
United States District Judge